FILED

2009 Nov-23  PM 03:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| MICHAEL HOWARD, legal guardian and conservator of DOROTHY R. HOWARD, an alleged incapacitated person, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:09-cv-1046-PWG-SLB ) |
| THE BANK OF NEW YORK MELLON, ET AL., | ) ) |
| Defendant(s). | ) |

<u>O R D E R</u>

The magistrate judge filed findings and recommendation on August 31, 2009 recommending that the Motion to Dismiss filed by Bank of New York [Mellon] be granted in part and denied in part.  Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, it is **ORDERED** that:

(1)    the motion to dismiss is **GRANTED** in part and Ms. Howard's claims found at counts three and four (breach of fiduciary duty and fraud) are **DISMISSED** with prejudice as a matter of law;

(2)    Ms. Howard's claims found at counts one and five (breach of contract and bad faith) are **DEEMED MOOT**; and

(3)    the motion to dismiss is **DENIED** in part.  Ms. Howard's claim found at count two remains pending.

**DONE**, this 23rd day of November, 2009.

*Sharon Lovelace Blackburn*

SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE